UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
DEQUAN LI,

                                   Plaintiff,

                    v.                               Case No.:20-cv-06296

NY CAPRI NAILS & SPA INC
    d/b/a Capri Nails & Spa;
SUNGJUN AN
    a/k/a Sung Jun An                   **NOTICE OF APPEAL**
    a/k/a Eric An, and
HEEKYOUNG AN
    a/k/a Heek Young An,

                                   Defendants.
------------------------------------------------------------------x

      NOTICE IS HEREBY GIVEN that the following parties: DEQUAN LI, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Order DENYING the parties' motion for court approval of the proposed settlement in the case (Docket Entry No. 102) without prejudice (Docket Entry No. 106).

      The Order is immediately appealable under the collateral order doctrine.

Dated: Flushing, NY
          September 4, 2025

                                                            Troy Law, PLLC

                                                           */s/ John Troy*
                                                            John Troy
                                                           41-25 Kissena Boulevard
                                                           Suite 110
                                                           Flushing, NY 11355
                                                           (718) 762-1324
                                                          troylaw@troypllc.com
                                                           *Attorneys for Plaintiff*

APPEAL,ACO,MEDSNR

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:20−cv−06296−KAM−ST

| | |
|---|---|
| Li v. Capri Nails & Eco Spa Inc. et. al.<br>Assigned to: Judge Kiyo A. Matsumoto<br>Referred to: Magistrate Judge Steven Tiscione<br>Cause: 29:201 Fair Labor Standards Act | Date Filed: 12/29/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 710 Labor: Fair Standards<br>Jurisdiction: Federal Question |

**Mediator**

**Michael G. Wolfson**     represented by **Michael G. Wolfson**
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019−6018
212 839 5321
Fax: 212 839 5599
Email: mgwolfson@gmail.com
PRO SE

**Plaintiff**

**Dequan Li**     represented by **Aaron Schweitzer**
*on his own behalf and on behalf of others similarly situated*
Troy Law, PLLC
41−25 Kissena Boulevard, Suite 110
Flushing, NY 11355
718−762−1324
Email: troylaw@troypllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Troy**
Troy Law, PLLC
41−25 Kissena Blvd., Suite 110
Flushing, NY 11355
718−762−2332
Email: johntroy@troypllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Troy**
Troy Legal, PLLC
41−25 Kissena Blvd, #1A
Flushing, NY 11355
718−762−2332
Email: troylegalpllc@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Capri Nails & Eco Spa Inc.**     represented by **Diane Hwakyung Lee**
*TERMINATED: 03/30/2022*
*doing business as*
Capri Nails & Spa
*TERMINATED: 03/30/2022*
The Law Offices of Diane H. Lee
1630 Center Avenue
Fort Lee, NJ 07024
201−406−6286
Email: dlee@dhllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **NY Capri Nails & Spa Inc**<br>*doing business as*<br>Capri Nails & Spa | represented by | **Diane Hwakyung Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patricia Rose Lynch**<br>Sacco & Fillas LLP<br>31–19 Newtown Ave<br>Seventh Floor<br>Astoria, NY 11102<br>718–269–2240<br>Fax: 718–425–9752<br>Email: plynch@saccofillas.com<br>*TERMINATED: 10/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Scott Kaplan**<br>Sacco & Fillas, LLP<br>31–19 Newtown Avenue<br>7th Floor<br>Astoria, NY 11102<br>718–269–2232<br>Fax: 718–425–9458<br>Email: zkaplan@saccofillas.com<br>*TERMINATED: 10/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sungjun An**<br>*also known as*<br>Sung Jun An<br>*also known as*<br>Eric An | represented by | **Diane Hwakyung Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patricia Rose Lynch**<br>(See above for address)<br>*TERMINATED: 10/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Scott Kaplan**<br>(See above for address)<br>*TERMINATED: 10/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Heekyoung An**<br>*also known as*<br>Heek Young An | represented by | **Diane Hwakyung Lee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patricia Rose Lynch**<br>(See above for address)<br>*TERMINATED: 10/04/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Zachary Scott Kaplan**<br>(See above for address)<br>*TERMINATED: 10/04/2022* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jaewoo Kim**
*TERMINATED: 03/30/2022*
*also known as*
Jae Woo Kim
*TERMINATED: 03/30/2022*
*also known as*
Darry Kim
*TERMINATED: 03/30/2022*
*also known as*
Siri Kim
*TERMINATED: 03/30/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2020 | 1 | COMPLAINT against Heekyoung An, Sungjun An, Capri Nails & Eco Spa Inc., Jaewoo Kim, NY Capri Nails & Spa Inc filing fee $ 402, receipt number ANYEDC–13906096 Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Dequan Li. (Attachments: # 1 Exhibit 01 Notice to Enforce Shareholder Liability for Services Rendered, # 2 Exhibit 02 Notice to Inspect Share Records, # 3 Exhibit 03 Document Preservation Demand, # 4 Exhibit 04 Notice of Lien and Assignment, # 5 Exhibit 05 Notice that Retaliation is Illegal under the FLSA and NYLL, # 6 Exhibit 06 Notice Settlement Under the Table is Prohibited) (Troy, John) Modified on 12/29/2020 (Flanagan, Doreen). (Entered: 12/29/2020) |
| 12/29/2020 | 2 | Proposed Summons.Civil Cover Sheet.. by Dequan Li (Attachments: # 1 Proposed Summons) (Troy, John) (Entered: 12/29/2020) |
| 12/29/2020 | 3 | CONSENT to become party in a collective action. by Dequan Li (Troy, John) (Entered: 12/29/2020) |
| 12/29/2020 | 4 | NOTICE of Appearance by Aaron Schweitzer on behalf of Dequan Li (aty to be noticed) (Schweitzer, Aaron) (Entered: 12/29/2020) |
| 12/29/2020 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Flanagan, Doreen) (Entered: 12/29/2020) |
| 12/29/2020 |  | Case Assigned to Judge Kiyo A. Matsumoto and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Flanagan, Doreen) (Entered: 12/29/2020) |
| 12/29/2020 | 6 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Flanagan, Doreen) (Entered: 12/29/2020) |
| 12/29/2020 | 7 | Summons Issued as to All Defendants. (Flanagan, Doreen) (Entered: 12/29/2020) |
| 03/15/2021 | 8 | AMENDED COMPLAINT *as of right* against Heekyoung An, Sungjun An, Capri Nails & Eco Spa Inc., Jaewoo Kim, NY Capri Nails & Spa Inc, filed by Dequan Li. (Attachments: # 1 Exhibit 01 Notice to Enforce Shareholder Liability for Services Rendered, # 2 Exhibit 02 Notice to Inspect Share Records, # 3 Exhibit 03 Document Preservation Demand, # 4 Exhibit 04 Notice of Lien and Assignment, # 5 Exhibit 05 Notice that Retaliation is Illegal under the FLSA and NYLL, # 6 Exhibit 06 Notice Settlement Under the Table is Prohibited, # 7 Exhibit 07 EEOC Notice of Right to Sue |

| | | |
|---|---|---|
| | | Letter) (Troy, John) (Entered: 03/15/2021) |
| 03/25/2021 | 9 | SUMMONS Returned Executed by Dequan Li. Sungjun An served on 3/24/2021, answer due 4/14/2021. (Attachments: # 1 Exhibit POS Photo) (Troy, John) (Entered: 03/25/2021) |
| 03/25/2021 | 10 | SUMMONS Returned Executed by Dequan Li. Heekyoung An served on 3/24/2021, answer due 4/14/2021. (Attachments: # 1 Exhibit POS Photo) (Troy, John) (Entered: 03/25/2021) |
| 03/25/2021 | 11 | SUMMONS Returned Executed by Dequan Li. Jaewoo Kim served on 3/24/2021, answer due 4/14/2021. (Attachments: # 1 Exhibit POS Photo) (Troy, John) (Entered: 03/25/2021) |
| 03/25/2021 | 12 | SUMMONS Returned Executed by Dequan Li. Capri Nails & Eco Spa Inc. served on 3/24/2021, answer due 4/14/2021. (Attachments: # 1 Exhibit POS Photo) (Troy, John) (Entered: 03/25/2021) |
| 03/25/2021 | 13 | SUMMONS Returned Executed by Dequan Li. NY Capri Nails & Spa Inc served on 3/24/2021, answer due 4/14/2021. (Attachments: # 1 Exhibit POS Photo) (Troy, John) (Entered: 03/25/2021) |
| 05/11/2021 | 14 | NOTICE of Appearance by Patricia Rose Lynch on behalf of Heekyoung An, Sungjun An, NY Capri Nails & Spa Inc (aty to be noticed) (Lynch, Patricia) (Entered: 05/11/2021) |
| 05/11/2021 | 15 | NOTICE of Appearance by Zachary Scott Kaplan on behalf of Heekyoung An, Sungjun An, NY Capri Nails & Spa Inc (aty to be noticed) (Kaplan, Zachary) (Entered: 05/11/2021) |
| 06/01/2021 | 16 | Letter *Letter Requesting to Schedule Initial Pre−Trial Conference* by Dequan Li (Troy, John) (Entered: 06/01/2021) |
| 06/02/2021 | 17 | SCHEDULING ORDER: An initial conference will be held by phone before the undersigned at 10:30 a.m. on June 21, 2021. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145. The attached Discovery Plan Worksheet is to be completed and electronically filed with the Court by June 17th.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 6/2/2021. (Vasquez, Lea) (Entered: 06/02/2021) |
| 06/10/2021 | 18 | CASE MANAGEMENT STATEMENT *Joint Proposed Case Management Plan /mh* (Troy, John) (Entered: 06/10/2021) |
| 06/15/2021 | 19 | STIPULATION *Stipulation for Plaintiff's Motion for Conditional Collective Certification* by Dequan Li (Troy, John) (Entered: 06/15/2021) |
| 06/16/2021 | | ORDER re 19 Stipulation filed by Dequan Li. The Stipulation for Conditional Certification is so ordered. Parties shall submit a proposed Notice of Pendency and Consent to Joinder Form within 14 days of this Order. So Ordered by Magistrate Judge Steven Tiscione on 6/16/2021. (Vasquez, Lea) (Entered: 06/16/2021) |
| 06/17/2021 | 20 | ANSWER to 8 Amended Complaint,, by All Defendants. (Lynch, Patricia) (Entered: 06/17/2021) |
| 06/17/2021 | 21 | Letter *Enclosing Joint Notice of Pendency* by Dequan Li (Attachments: # 1 Exhibit Proposed Notice of Pendency and Consent to Sue Form) (Troy, John) (Entered: 06/17/2021) |
| 06/23/2021 | 22 | Minute Entry for Initial Conference Hearing held on 6/21/2021 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lynch for Defendants. The proposed Notice of Pendency and Consent to Joinder Form 21 is approved. The Court sets the following |

| | | |
|---|---|---|
| | | discovery deadlines: Deadline for completion of Rule 26(a) initial disclosures – 7/5/21; First requests for production of documents and interrogatories due by – 7/21/21; Deadline for motions to join new parties or amend pleadings – 9/21/21; All fact discovery to be completed by 11/21/21; Final date to take first step in dispositive motion practice – 12/21/21. At the request of the parties, the case will be referred to the Court–Annexed Mediation Program pursuant to Local Rule 83.8. Mediator to be selected by July 7, 2021 and Mediation shall be completed by September 30, 2021. Parties shall file a joint status report by October 8, 2021. (Vasquez, Lea) (Entered: 06/23/2021) |
| 06/23/2021 | | MEDIATION INSTRUCTIONS for Counsel are available at: https://www.nyed.uscourts.gov/adr–forms.<br><br>Counsel are to select a mediator, schedule the first mediation session, and file the name of the mediator, date, time and place of the first mediation session via CM/ECF using the event Selection of Mediator. For a list of the EDNY Mediators and their qualifications, see the Court's website at https://www.nyed.uscourts.gov/adr/Mediation/displayAll.cfm. EDNY Mediators are compensated in accordance with EDNY Local Civil Rule 83.8(f)(1)[formerly EDNY Local Civil Rule 83.11(f)(1)].<br><br>The Confidentiality Stipulation must be signed at the mediation session by all participants, including the mediator, and sent via email to Robyn_Weinstein@nyed.uscourts.gov. The Confidentiality Stipulation is available at: https://www.nyed.uscourts.gov/adr–forms.<br><br>Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr–forms. The Mediation Report must be e–mailed to nyed_adr@nyed.uscourts.gov within two weeks following mediation session. (Priftakis, Tina) (Entered: 06/23/2021) |
| 07/06/2021 | 23 | NOTICE of Appearance by Tiffany Troy on behalf of Dequan Li (aty to be noticed) (Troy, Tiffany) (Entered: 07/06/2021) |
| 10/08/2021 | 24 | STATUS REPORT */gd* by Dequan Li (Troy, John) (Entered: 10/08/2021) |
| 10/13/2021 | | SCHEDULING ORDER re 24 Status Report filed by Dequan Li. A telephone conference will be held at 1:30 p.m. on October 15, 2021 before the undersigned. Counsel for all parties must participate and shall connect to the conference through dial–in number 888–557–8511 with access code 3152145.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 10/13/2021. (Vasquez, Lea) (Entered: 10/13/2021) |
| 10/18/2021 | 25 | Minute Entry for Telephone Conference held on 10/15/2021 before Magistrate Judge Steven Tiscione: Schweitzer for Plaintiff; Lynch for Defendants. Parties report that they have sent out the notice and the opt in period ends on November 19, 2021. Parties believe that mediation would be more successful following further discovery. Accordingly, the deadline to complete mediation is extended to January 14, 2022. Parties shall file a joint status report by January 21, 2022. (Vasquez, Lea) (Entered: 10/18/2021) |
| 01/16/2022 | 26 | First MOTION to Compel *Court–Ordered Discovery and Request for Extension of Time to Complete Mediation /mh* by Dequan Li. (Troy, John) (Entered: 01/16/2022) |
| 01/21/2022 | 27 | STATUS REPORT */mh* by Dequan Li (Troy, John) (Entered: 01/21/2022) |
| 01/21/2022 | | ORDER finding as moot 26 Motion to Compel. In light of plaintiff's follow–up letter dated 1/21/22, docket entry 27 , the motion to compel is denied as moot. The time to complete mediation is extended to March 14, 2022. Counsel shall electronically file a status report on the outcome of mediation by March 18, 2022. So Ordered by |

| | | |
|---|---|---|
| | | Magistrate Judge Steven Tiscione on 1/21/2022. (Vasquez, Lea) (Entered: 01/21/2022) |
| 02/12/2022 | 28 | Second MOTION for Discovery *Letter Motion to Compel and Request for Court−Ordered Deadline for Defendants Discovery Responses /mh* by Dequan Li. (Troy, John) Modified on 2/14/2022 (Vasquez, Lea). (Entered: 02/12/2022) |
| 02/14/2022 | | ORDER granting 28 Motion for Discovery. Defendants' time to produce discovery and documents to Plaintiff is extended to February 18, 2022. Should Defendants' counsel fail to meet this deadline, Plaintiff shall promptly file a motion to compel. So Ordered by Magistrate Judge Steven Tiscione on 2/14/2022. (Vasquez, Lea) (Entered: 02/14/2022) |
| 02/19/2022 | 29 | Third MOTION to Compel , MOTION for Sanctions by Dequan Li. (Troy, John) (Entered: 02/19/2022) |
| 02/25/2022 | | ORDER deferring ruling on 29 Motion to Compel; deferring ruling on 29 Motion for Sanctions. A motion hearing will be held by phone at 10:00 a.m. on March 3, 2022 before the undersigned. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 2/25/2022. (Vasquez, Lea) (Entered: 02/25/2022) |
| 02/25/2022 | | Set Hearing as to 29 Third MOTION to Compel MOTION for Sanctions : Motion Hearing set for 3/3/2022 at 10:00 AM before Magistrate Judge Steven Tiscione. (Vasquez, Lea) (Entered: 02/25/2022) |
| 03/07/2022 | 30 | Minute Order for Motion Hearing held on 3/3/2022 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lynch for Defendants. Plaintiff's Third MOTION to Compel 29 is granted. Defendants shall produce all outstanding document and interrogatory responses by March 7, 2022. If defendants again fail to comply with the Court−ordered discovery deadlines, the Court will grant Plaintiff's MOTION for Sanctions 29 and impose monetary sanctions. Once the discovery responses have been made, the parties will discuss whether a referral to mediation would be productive. The parties shall file a joint status report by March 31, 2022. The deadline for completion of discovery is extended to May 31, 2022. (FTR Log #AT&T 10:01 – 10:10.) (Vasquez, Lea) (Entered: 03/07/2022) |
| 03/25/2022 | 31 | NOTICE of Acceptance with Offer of Judgment by Dequan Li (Attachments: # 1 Exhibit 1 Offer of Judgment, # 2 Proposed Judgment) (Troy, John) (Entered: 03/25/2022) |
| 03/30/2022 | 32 | JUDGMENT: ORDERED and ADJUDGED that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Clerk shall enter judgment in the amount of twenty−two thousand dollars ($22,000.00), against Defendant CAPRI NAILS & ECO SPA, INC. d/b/a Capri Nails and JAEWOO KIM a/k/a Jae Woo Kim a/k/a Darry Kim a/k/a Siri Kim; plus post−judgment interest pursuant to 28 U.S.C. § 1961; and that if any amounts remain unpaid by ninety (90) days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by Section 198.4 of the New York Labor Law. Ordered by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 3/30/2022. (Tavarez, Jennifer) (Entered: 03/31/2022) |
| 03/31/2022 | 33 | STATUS REPORT by Dequan Li (Troy, John) (Entered: 03/31/2022) |
| 04/01/2022 | | STATUS REPORT ORDER re 33 Status Report filed by Dequan Li. Counsel shall electronically file an updated status report with the Court by 4/22/2022. So Ordered by Magistrate Judge Steven Tiscione on 4/1/2022. (Vasquez, Lea) (Entered: 04/01/2022) |

| | | |
|---|---|---|
| 04/01/2022 | 34 | SATISFACTION OF JUDGMENT re 32 Clerk's Judgment,,, *Defendants CAPRI NAILS & ECO SPA, INC. d/b/a Capri Nails; and JAEWOO KIM a/k/a Jae Woo Kim a/k/a Darry Kim a/k/a Siri Kim* by Dequan Li (Troy, Tiffany) (Entered: 04/01/2022) |
| 04/22/2022 | 35 | STATUS REPORT by Dequan Li (Troy, John) (Entered: 04/22/2022) |
| 05/04/2022 | 36 | STIPULATION *as to Defendants' Sales as more than $500,000 per year /mh* by Dequan Li (Troy, John) (Entered: 05/04/2022) |
| 05/18/2022 | | SELECTION OF MEDIATOR Michael G. Wolfson selected as Mediator. The first mediation session will take place on June 7, 2022. Fourteen days on or before the session date, counsel shall file with the Mediator their client's mediation statement summarizing the facts, legal issues, particulars of any prior settlement discussions, and the name and title of the client or client representative with full settlement authority who will attend the mediation in person. Attendance in person is required of the trial attorney, insurance adjuster, and client or client representative with full settlement authority. The Confidentiality Stipulation must be signed at the mediation session by all participants and the Mediator and returned via e−mail nyed_adr@nyed.uscourts.gov or fax (718) 613−2333. Contact information for the Mediator is on the docket sheet. Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr−forms.The Mediation Report must be submitted within two weeks following mediation session. (Weinstein, Robyn) (Entered: 05/18/2022) |
| 07/20/2022 | | REPORT of Mediation rescheduled. The mediation will now take place on August 2, 2022 at 2:00pm. Report of Mediation due by 8/16/2022. (Weinstein, Robyn) (Entered: 07/20/2022) |
| 07/21/2022 | | ORDER finding as moot 29 Motion for Sanctions. The Court finds that since Discovery has been completed, Plaintiff's motion for sanctions is now moot. So Ordered by Magistrate Judge Steven Tiscione on 7/21/2022. (Vasquez, Lea) (Entered: 07/21/2022) |
| 08/15/2022 | 37 | MOTION for Discovery *Joint Letter Motion to Reopen Discovery to Complete Depositions and Fact Discovery /mh* by Dequan Li. (Troy, John) Modified on 8/16/2022 (Vasquez, Lea). (Entered: 08/15/2022) |
| 08/15/2022 | | REPORT of Mediation unsettled. Both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr−forms. The Mediation Report must be submitted within two weeks following mediation session.Mediation Report due by 8/29/2022. (Weinstein, Robyn) (Entered: 08/15/2022) |
| 08/16/2022 | | ORDER granting 37 Motion for Discovery. Discovery is reopened for limited purposes of completing depositions and any post−deposition discovery by October 15, 2022. A telephone conference will be held at 10:00 a.m. on October 17, 2022 before the undersigned. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 8/16/2022. (Vasquez, Lea) (Entered: 08/16/2022) |
| 09/19/2022 | 38 | MOTION to Compel *Deposition Dates from Defendants and Motion to Extend Time for Plaintiff to Conduct Post−Deposition Discovery till November 15, 2022 /mh* by Dequan Li. (Troy, John) (Entered: 09/19/2022) |
| 09/20/2022 | | ORDER deferring ruling on 38 Motion to Compel. A motion hearing will be held by phone at 2:00 p.m. on September 23, 2022 before the undersigned. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145. |

| | | |
|---|---|---|
| | | **THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 9/20/2022. (Vasquez, Lea) (Entered: 09/20/2022) |
| 09/26/2022 | 39 | Minute Order for Motion Hearing held on 9/23/2022 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lynch for Defendants. The MOTION to Compel Deposition Dates from Defendants and Motion to Extend Time for Plaintiff to Conduct Post−Deposition Discovery till November 15, 2022 38 is granted. Defendants are ordered to appear for Zoom depositions on October 5, 6 and 7. The deadline for completion of discovery is extended to November 15, 2022. The October 17, 2022 telephone conference is adjourned to December 6, 2022 at 10:00 a.m. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145. (FTR Log #AT&T (2:04 − 2:11).) (Vasquez, Lea) (Entered: 09/26/2022) |
| 10/04/2022 | 40 | MOTION to Substitute Attorney by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 10/04/2022) |
| 10/04/2022 | 41 | NOTICE of Appearance by Diane Hwakyung Lee on behalf of NY Capri Nails & Spa Inc (notification declined or already on case) (Lee, Diane) (Entered: 10/04/2022) |
| 10/04/2022 | | ORDER granting 40 Motion to Substitute Attorney. Attorney Zachary Scott Kaplan and Patricia Rose Lynch terminated. So Ordered by Magistrate Judge Steven Tiscione on 10/4/2022. (LV) (Entered: 10/04/2022) |
| 10/04/2022 | 42 | MOTION for Sanctions by Dequan Li. (Troy, Tiffany) (Entered: 10/04/2022) |
| 10/04/2022 | 43 | First MOTION for Extension of Time to Complete Discovery *limited to Depositions of Defendants* by Capri Nails & Eco Spa Inc.. (Lee, Diane) (Entered: 10/04/2022) |
| 10/04/2022 | 44 | MOTION for Sanctions *(Corrected)* by Dequan Li. (Troy, Tiffany) (Entered: 10/04/2022) |
| 10/04/2022 | | ORDER deferring ruling on 42 Motion for Sanctions; deferring ruling on 43 Motion for Extension of Time to Complete Discovery; deferring ruling on 44 Motion for Sanctions. A motion hearing will be held at 2:00 p.m. on October 5, 2022 before the undersigned by phone. Counsel for all parties must participate and shall connect to the conference through dial−in number 888−557−8511 with access code 3152145.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 10/4/2022. (LV) (Entered: 10/04/2022) |
| 10/05/2022 | 45 | RESPONSE in Opposition re 44 MOTION for Sanctions *(Corrected)*, 42 MOTION for Sanctions filed by All Defendants. (Lee, Diane) (Entered: 10/05/2022) |
| 10/05/2022 | 46 | RESPONSE to Motion re 43 First MOTION for Extension of Time to Complete Discovery *limited to Depositions of Defendants* filed by Dequan Li. (Troy, Tiffany) (Entered: 10/05/2022) |
| 10/06/2022 | 47 | Letter *Requesting Re−Scheduled Court−Ordered Dates for Deposition* by Dequan Li (Troy, Tiffany) (Entered: 10/06/2022) |
| 10/11/2022 | 48 | Minute Order for Motion Hearing held on 10/5/2022 proceedings held before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lee for Defendants. Defendants' First MOTION for Extension of Time to Complete Discovery limited to Depositions of Defendants 43 is granted. Plaintiff's Motion for Sanctions 42 44 is denied. Defendants shall make themselves available for Zoom depositions no later than |

| | | |
|---|---|---|
| | | October 28, 2022. Defendants shall be responsible for paying the costs of any cancellation fees for the depositions that were originally scheduled for October 5, 6 and 7. The deadline for completing post–deposition discovery is extended to December 15, 2022. The December 6, 2022 telephone conference is adjourned to December 19, 2022 at 10:30 a.m. Counsel shall use the same dial–in information provided for today's conference. (FTR Log #AT&T (2:03 – 2:07).) (LV) (Entered: 10/11/2022) |
| 10/12/2022 | 49 | First MOTION for Reconsideration re 48 Order on Motion for Sanctions,,,, Order on Motion for Extension of Time to Complete Discovery,,,,,,,, Terminate Deadlines and Hearings,,,, Terminate Motion and R&R Deadlines/Hearings,,,, Motion Hearing,,, by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 10/12/2022) |
| 10/13/2022 | | ORDER deferring ruling on 49 Motion for Reconsideration: A motion hearing will be held at 10:30 a.m. on October 19, 2022 before the undersigned by phone. Counsel for all parties must participate and shall connect to the conference through dial–in number 888–557–8511 with access code 3152145.<br><br>**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court, is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**<br><br>So Ordered by Magistrate Judge Steven Tiscione on 10/13/2022. (LV) (Entered: 10/13/2022) |
| 10/17/2022 | 50 | RESPONSE in Opposition re 49 First MOTION for Reconsideration re 48 Order on Motion for Sanctions,,,, Order on Motion for Extension of Time to Complete Discovery,,,,,,,, Terminate Deadlines and Hearings,,,, Terminate Motion and R&R Deadlines/Hearings,,,, Motion Hearing,,, < filed by Dequan Li. (Troy, Tiffany) (Entered: 10/17/2022) |
| 10/20/2022 | 51 | Minute Order for Motion Hearing held on 10/19/2022 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lee for Defendants. Defendants' First Motion for Reconsideration 49 is denied, as it is seeking new relief that was never considered previously by the Court and is not actually a motion for reconsideration. If Defendants seek to reopen discovery, they must file the appropriate motion and demonstrate good cause. (FTR Log #AT&T (10:36 – 10:42).) (LV) (Entered: 10/20/2022) |
| 12/19/2022 | 52 | Minute Entry for Telephone Conference held on 12/19/2022 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lee for Defendants. Parties report that discovery is now complete. Deadline for beginning dispositive motion practice is January 20, 2023. Parties will advise the Court when a settlement conference would be productive. (LV) (Entered: 12/19/2022) |
| 01/20/2023 | 53 | Consent MOTION for Extension of Time to File *Pre–Motion Letter for Plaintiffs Motion of Partial Summary Judgment and Class Motion* by Dequan Li. (Troy, Tiffany) (Entered: 01/20/2023) |
| 01/23/2023 | | ORDER granting 53 Motion for Extension of Time to File. For the reasons stated in Plaintiffs' 53 letter motion, the Court grants an extension of time to file dispositive motions through January 25, 2023. Ordered by Judge Kiyo A. Matsumoto on 1/23/2023. (AA) (Entered: 01/23/2023) |
| 01/25/2023 | 54 | MOTION for pre motion conference *Plaintiff's Motion for Summary Judgment and Class /mh* by Dequan Li. (Troy, John) (Entered: 01/25/2023) |
| 01/25/2023 | 55 | AFFIDAVIT/DECLARATION in Support re 54 MOTION for pre motion conference *Plaintiff's Motion for Summary Judgment and Class /mh* filed by Dequan Li. (Attachments: # 1 Exhibit 01 Plaintiff's Local Civil Rule 56.1 Statement, # 2 Exhibit 02 Complaint, # 3 Exhibit 03 Answer, # 4 Exhibit 04 Stipulation to Gross Annual Sales of $500,000, # 5 Exhibit 05 SUNGJUN ANs deposition Transcript dated October 18, 2022, # 6 Exhibit 06 SUNGJUN ANs deposition Transcript dated October 20, 2022, # 7 Exhibit 07 HEEKYOUNG ANs deposition Transcript dated October 28, 2022, # 8 Exhibit 08 Certificate of Incorporation for NY CAPRI NAILS & SPA INC, # 9 Exhibit 09 Contract of Sale (D324–333), # 10 Exhibit 10 Lease (D277–319), # 11 |

| | | |
|---|---|---|
| | | Exhibit 11 Police Report (D334), # 12 Exhibit 12 Notice of Pay Rate (Plaintiff's Deposition Exhibit 7) /mh) (Troy, John) (Entered: 01/25/2023) |
| 01/26/2023 | 56 | MOTION for Extension of Time to File Response/Reply as to 54 MOTION for pre motion conference *Plaintiff's Motion for Summary Judgment and Class /mh* by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 01/26/2023) |
| 01/27/2023 | 57 | Letter *re Courtesy Copy Mailing of Pre−Motion Conference Letter /mh* by Dequan Li (Troy, John) (Entered: 01/27/2023) |
| 01/30/2023 | | ORDER granting 56 Motion for Extension of Time to File Response/Reply. Defendants are ordered to respond to Plaintiff's motion for a pre motion conference by February 1, 2023. Ordered by Judge Kiyo A. Matsumoto on 1/30/2023. (AA) (Entered: 01/30/2023) |
| 02/01/2023 | 58 | RESPONSE in Opposition re 54 MOTION for pre motion conference *Plaintiff's Motion for Summary Judgment and Class /mh* filed by All Defendants. (Lee, Diane) (Entered: 02/01/2023) |
| 02/06/2023 | | ORDER granting 54 Motion for Pre Motion Conference. Pre Motion Hearing set for April 12, 2023 at 11:00 AM in Courtroom 6C South before Judge Kiyo A. Matsumoto. The parties shall appear by telephone. The parties shall dial into the conference by calling 1−888−684−8852 and entering the following access code: 1312089.<br><br>Defendants shall have fifteen (15) business days from 2/6/23 to respond to Plaintiff's 56.1 statement. Plaintiff shall have ten (10) business days from receipt of Defendants' opposing 56.1 statement to file a reply 56.1 statement. The parties are reminded to send two bound courtesy copies of all papers related to their pre−motion papers to chambers. Courtesy copies should be sent via FedEx or messenger to Judge Matsumoto's chambers. Ordered by Judge Kiyo A. Matsumoto on 2/6/2023. (AA) (Entered: 02/06/2023) |
| 02/23/2023 | 59 | RULE 56.1 STATEMENT *Defendants' Counter−Statements to Plaintiff's Rule 56.1 Statement* filed by All Defendants. (Attachments: # 1 Defendants' Counter−Statement, # 2 Plaintiff's Timecards, # 3 Plaintiff's Calendar, # 4 Notices of Pay, # 5 Wage Statements, # 6 Sungjun An Dep Transcripts, # 7 Heekyoung An Dep Transcripts) (Lee, Diane) (Entered: 02/23/2023) |
| 03/09/2023 | 60 | Consent MOTION for Extension of Time to File *Reply 56.1 Statement* by Dequan Li. (Troy, Tiffany) (Entered: 03/09/2023) |
| 03/10/2023 | | ORDER granting 60 Motion for Extension of Time to File. The Court is in receipt of Plaintiff's 60 motion. For the reasons stated therein, Plaintiff shall file the Reply 56.1 statement by March 13, 2023. Ordered by Judge Kiyo A. Matsumoto on 3/10/2023. (AA) (Entered: 03/10/2023) |
| 03/13/2023 | 61 | RULE 56.1 STATEMENT *REPLY /mh* filed by Dequan Li. (Troy, John) (Entered: 03/13/2023) |
| 03/20/2023 | | ORDER: Due to a conflict, the Pre Motion Conference set for April 12, 2023, has been MOVED TO April 6, 2023, at 10:00 a.m. in Courtroom 6B South before Judge Kiyo A. Matsumoto. The parties shall appear by telephone. The parties shall dial into the conference by calling 1−888−684−8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 3/20/2023. (SW) (Entered: 03/20/2023) |
| 04/07/2023 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Pre Motion Conference held on 4/6/2023. Appearances: Tiffany Troy, Esq., for Plaintiff; Diane Hwakyung Lee, Esq., for Defendants. The Court discussed Plaintiff's proposed motion for summary judgment and motion for class certification. The Court advised the parties that the motion for class certification was unlikely to succeed for Plaintiff's claims of racial discrimination, but that it might succeed for Plaintiff's labor law claims. The Court warned the parties that proceeding with motions and to trial was risky for both parties; Defendants could be liable for double damages under FLSA, and Plaintiff could be forced to shoulder any costs that were incurred after the Rule 68 offer of judgment was made, if Plaintiff receives a less favorable judgment than the offer. The Court urged the parties to consider settlement, or in the alternative, to consent to |

| | | |
|---|---|---|
| | | jurisdiction before Magistrate Judge Tiscione, who would likely be able to hold trial sooner. The parties agreed to discuss the possibility of settlement privately. Accordingly, the parties are directed to file a joint letter by April 27, 2023 advising the Court as to how the parties wish to proceed. (Court Reporter ToniAnn Lucatorto.) (AA) (Entered: 04/07/2023) |
| 04/27/2023 | 62 | STATUS REPORT *from Defendants only* by NY Capri Nails & Spa Inc (Lee, Diane) (Entered: 04/27/2023) |
| 04/27/2023 | 63 | MEDIATION STATUS REPORT */mh* by Dequan Li (Troy, John) (Entered: 04/27/2023) |
| 05/02/2023 | | SCHEDULING ORDER: The Court is in receipt of the parties' separate status reports. Accordingly, the Court sets the following briefing schedule for Plaintiff's anticipated Rule 23 motion for class certification. Plaintiff shall serve, **but not file**, moving papers on or before June 5, 2023. Defendant shall serve, **but not file**, opposition papers on or before June 26, 2023. Plaintiff shall serve reply papers on or before July 10, 2023, and on that date, the parties shall file via ECF, in a logical order, the fully briefed motion.<br><br>The parties are reminded to review Chambers Practices to ensure their compliance with Chambers individual rules for motion practice. The parties are also reminded to send two bound courtesy copies of all papers related to the motion to Chambers. **Courtesy copies should be sent via FedEx or messenger**. Ordered by Judge Kiyo A. Matsumoto on 5/2/2023. (AA) (Entered: 05/02/2023) |
| 06/05/2023 | 64 | CERTIFICATE OF SERVICE by Dequan Li re Scheduling Order,,, *Plaintiff's Opening Brief /mh* (Troy, John) (Entered: 06/05/2023) |
| 06/20/2023 | 65 | First MOTION for Extension of Time to File *Defendants' Opposition Papers to Plaintiff's Class Certification Motion* by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 06/20/2023) |
| 06/20/2023 | | ORDER granting 65 Motion for Extension of Time to File. On the parties' consent, Defendants' deadline for serving opposition papers to Plaintiff's Rule 23 motion for class certification is extended until July 6, 2023. Plaintiff shall serve reply papers on or before July 27, 2023, and on that date, the parties shall file via ECF, in a logical order, the fully briefed motion.The parties are reminded to review Chambers Practices to ensure their compliance with Chambers individual rules for motion practice. The parties are also reminded to send two bound courtesy copies of all papers related to the motion to Chambers. Courtesy copies should be sent via FedEx or messenger. Ordered by Judge Kiyo A. Matsumoto on 6/20/2023. (AA) Modified on 6/20/2023 (JT). (Entered: 06/20/2023) |
| 07/06/2023 | 66 | CERTIFICATE OF SERVICE by NY Capri Nails & Spa Inc *Scheduling Order,,, Defendants' Opposition Papers* (Lee, Diane) (Entered: 07/06/2023) |
| 07/27/2023 | 67 | MOTION to Certify Class *Defendants' Opposition Papers* by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 07/27/2023) |
| 07/27/2023 | 68 | MOTION to Certify Class by Dequan Li. (Troy, John) (Entered: 07/27/2023) |
| 07/27/2023 | 69 | AFFIDAVIT/DECLARATION in Support re 68 MOTION to Certify Class , 67 MOTION to Certify Class *Defendants' Opposition Papers* filed by Dequan Li. (Attachments: # 1 Exhibit Sale/Purchase of Business in 2016, # 2 Exhibit Quarter 4 2017 Quarter 1 2019 NY Capri Nails & Spa Inc. Form 971s, # 3 Exhibit Defendants List of Employees, # 4 Exhibit Notebook of Employee Assignments, # 5 Exhibit Compiled List of Employees since 2016, # 6 Exhibit Demonstrative of Calendars and Time Clock (Exhibits 1 and 3 to Affidavit of Dequan Li), # 7 Exhibit Computation of Damages, # 8 Exhibit Plaintiffs Statement of Material Facts in Opposition to Summary Judgment, # 9 Exhibit Sungjun An Deposition Transcript (day 1), # 10 Exhibit Sungjun An Deposition Transcript (day 2), # 11 Exhibit Heekyoung An Deposition Transcript, # 12 Exhibit Proposed Class Notice) (Troy, John) (Entered: 07/27/2023) |
| 07/27/2023 | 70 | AFFIDAVIT/DECLARATION in Support re 68 MOTION to Certify Class filed by Dequan Li. (Attachments: # 1 Exhibit Calendars, # 2 Exhibit Business Cards, # 3 Exhibit Time Clock Punch Cards (part 1), # 4 Exhibit Time Clock Punch Cards (part 2), # 5 Exhibit Time Clock Punch Cards (part 3), # 6 Exhibit Time Clock Punch Cards |

| | | |
|---|---|---|
| | | (part 4), # 7 Exhibit Wage Notices) (Troy, John) (Entered: 07/27/2023) |
| 07/27/2023 | 71 | MEMORANDUM in Support re 68 MOTION to Certify Class filed by Dequan Li. (Troy, John) (Entered: 07/27/2023) |
| 07/27/2023 | 72 | REPLY in Support re 68 MOTION to Certify Class filed by Dequan Li. (Attachments: # 1 Exhibit Defendants' Memorandum in Opposition to Class Certification, # 2 Exhibit Plainitff's Memorandum in Support of Class Certification, # 3 Exhibit Affidavit of Dequan Li) (Troy, John) (Entered: 07/27/2023) |
| 08/09/2023 | 73 | NOTICE by Dequan Li re 67 MOTION to Certify Class *Defendants' Opposition Papers*, 70 Affidavit in Support of Motion, 68 MOTION to Certify Class , 71 Memorandum in Support, 69 Affidavit in Support of Motion,,, 72 Reply in Support, *In−Person Delivery of Fully−Briefed Motion for Rule 23 Class Certification to the Clerk's Office on August 9, 2023 at 08:55 a.m. /mh* (Troy, John) (Entered: 08/09/2023) |
| 10/05/2023 | | ORDER REFERRING MOTION: 67 MOTION to Certify Class *Defendants' Opposition Papers* filed by NY Capri Nails & Spa Inc, 68 MOTION to Certify Class filed by Dequan Li. Motions referred to Magistrate Judge Steven Tiscione. Ordered by Judge Kiyo A. Matsumoto on 10/5/2023. (AA) (Entered: 10/05/2023) |
| 01/17/2024 | 74 | REPORT AND RECOMMENDATIONS re 67 MOTION to Certify Class *Defendants' Opposition Papers* filed by NY Capri Nails & Spa Inc, 68 MOTION to Certify Class filed by Dequan Li. Objections to R&R due by 1/31/2024. So Ordered by Magistrate Judge Steven Tiscione on 1/17/2024. (GD) (Entered: 01/17/2024) |
| 02/01/2024 | 75 | ORDER ADOPTING REPORT AND RECOMMENDATION. The Court has reviewed Magistrate Judge Tiscione's thorough and well−reasoned 74 Report and Recommendation to deny Plaintiff's 68 motion for class certification, to which no party has timely objected. As explained in the attached Order, the Court adopts the Report and Recommendation in its entirety. Accordingly, Li's 68 motion for class certification is respectfully denied in its entirety. The parties shall file a joint letter on the docket by **February 8, 2024**, stating how they plan to proceed in light of this Order. Ordered by Judge Kiyo A. Matsumoto on 2/1/2024. (MJF) (Entered: 02/01/2024) |
| 02/06/2024 | 76 | STATUS REPORT *Joint /mh* by Dequan Li (Troy, John) (Entered: 02/06/2024) |
| 02/07/2024 | | ORDER. The parties shall submit a joint pre−trial order in accordance with Section IV.A of the undersigned judge's Chambers Practices (available online at https://www.nyed.uscourts.gov/pub/rules/KAM−MLR.pdf) by **March 8, 2024**. The parties shall appear **in person** for a status conference at **10:30 a.m. on March 11, 2024** in Courtroom 6B South. Ordered by Judge Kiyo A. Matsumoto on 2/7/2024. (MJF) (Entered: 02/07/2024) |
| 03/08/2024 | 77 | Proposed Pretrial Order *Joint* by Dequan Li (Attachments: # 1 Exhibit Wage−and−Hour Damages, # 2 Exhibit Discrimination Damages) (Schweitzer, Aaron) (Entered: 03/08/2024) |
| 03/11/2024 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Status Conference held on 3/11/2024. Appearances: Aaron Schweitzer for Plaintiff. Diane Lee for Defendants.<br><br>The Court held a status conference regarding the parties' joint proposed pre−trial order. The Court advised the parties of the risks of proceeding to trial, including the costs of hiring Mandarin and Korean interpreters for the entire duration of the trial, the risk of double damages for Defendants, the risk of no or nominal damages for Plaintiff, the possibility that Plaintiff lacks standing to press his NYLL wage notice and wage statement claims in federal court, the vulnerability of Plaintiff's punitive damages claim, and the implications of Defendants' Rule 68 offer of judgment.<br><br>The Court directed the parties to contact Magistrate Judge Tiscione regarding the possibility of scheduling a settlement conference and to advise the Court by **Friday, March 15, 2024**, whether there will be a settlement conference and if so, the date of that conference. (Court Reporter Anthony Frisolone.) (MJF) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| 03/12/2024 | 78 | Letter *Settlement Conference* by Dequan Li (Schweitzer, Aaron) (Entered: 03/12/2024) |
| 03/13/2024 | | SCHEDULING ORDER: A settlement conference will be held at 12:00 p.m. on April 9, 2024 before the undersigned in Courtroom 910 of the Central Islip Courthouse. The parties respective settlement positions are to be submitted to the Court via ex parte electronic filing through the Court's ECF system no later than April 5th. Counsel shall refer to the Settlement Section of this Court's Individual Rules to further prepare for the conference. So Ordered by Magistrate Judge Steven Tiscione on 3/13/2024. (LV) (Entered: 03/13/2024) |
| 04/09/2024 | | Due to an urgent matter, the in–person settlement conference scheduled for today will instead be held at 11:30 a.m. on April 17, 2024 in Courtroom 910 of the Central Islip Courthouse. So Ordered by Magistrate Judge Steven Tiscione on 4/9/2024. (LV) (Entered: 04/09/2024) |
| 04/17/2024 | 82 | Minute Entry for Settlement Conference held on 4/17/2024 before Magistrate Judge Steven Tiscione: Troy for Plaintiff; Lee for Defendants. Settlement discussions were held but the parties were unable to reach a disposition. (Not Recorded.) (LV) (Entered: 04/17/2024) |
| 04/30/2024 | 83 | SCHEDULING ORDER. The parties shall adhere to the deadlines in the attached Scheduling Order. Ordered by Judge Kiyo A. Matsumoto on 4/30/2024. (MJF) (Entered: 04/30/2024) |
| 05/14/2024 | 84 | MOTION for Extension of Time to File by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 05/14/2024) |
| 05/14/2024 | | ORDER granting 84 motion for extension of time. The items in paragraph 2 of the Court's 83 scheduling order are due **May 21, 2024**. Ordered by Judge Kiyo A. Matsumoto on 5/14/2024. (MJF) (Entered: 05/14/2024) |
| 05/21/2024 | 85 | MOTION for Extension of Time to File by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 05/21/2024) |
| 05/21/2024 | | ORDER granting 85 motion for extension of time. The items in paragraph 2 of the Court's 83 scheduling order are due **May 28, 2024**. Ordered by Judge Kiyo A. Matsumoto on 5/21/2024. Ordered by Judge Kiyo A. Matsumoto on 5/21/2024. (MJF) (Entered: 05/21/2024) |
| 05/28/2024 | | ORDER permitting the parties to deliver physical courtesy copies of the items listed in paragraph 2 of the 83 Scheduling Order by May 30, 2024. Ordered by Judge Kiyo A. Matsumoto on 5/28/2024. (MJF) (Entered: 05/28/2024) |
| 05/28/2024 | 86 | Exhibit List *Plaintiff's* by Dequan Li. (Schweitzer, Aaron) (Entered: 05/28/2024) |
| 05/28/2024 | 87 | Witness List by Dequan Li (Troy, John) (Entered: 05/28/2024) |
| 05/28/2024 | 88 | Proposed Voir Dire by Dequan Li (Troy, John) (Entered: 05/28/2024) |
| 05/28/2024 | 89 | Proposed Jury Instructions/Verdict Form by Dequan Li (Attachments: # 1 Proposed Verdict Sheet Proposed Verdict Sheet) (Troy, John) (Entered: 05/28/2024) |
| 05/28/2024 | 90 | STIPULATION by Dequan Li (Troy, John) (Entered: 05/28/2024) |
| 05/28/2024 | 91 | Letter *places and parties for trial* by Dequan Li (Troy, John) (Entered: 05/28/2024) |
| 05/28/2024 | 92 | Exhibit List *by Defendants* by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 05/28/2024) |
| 05/30/2024 | | ORDER. Due to changes in the Court's trial calendar, the final pre–trial conference is moved to **July 3, 2024, at 9:00 a.m.** The parties shall appear with counsel ready to select a jury and try the case on **July 8, 2024, at 9:00 a.m. in Courtroom 6B South**. The Court reminds the parties that because this is a civil case, the parties are responsible for providing any necessary interpreters at their own expense. The Court is in receipt of the parties pre–trial papers and understands based on the fact that the parties have not submitted any pre–trial motions by the May 28, 2024, deadline that no such motions will be filed. Ordered by Judge Kiyo A. Matsumoto on 5/30/2024 (MJF) (Entered: 05/30/2024) |

| | | |
|---|---|---|
| 05/31/2024 | 93 | MOTION to Adjourn Conference by NY Capri Nails & Spa Inc. (Lee, Diane) (Entered: 05/31/2024) |
| 05/31/2024 | | ORDER granting 93 motion to adjourn. The final pre–trial conference is adjourned to **July 9, 2024, at 9:00 a.m. in Courtroom 6B South**. Jury selection and the start of trial are adjourned to **July 15, 2024, at 9:00 a.m. in Courtroom 6B South**. No further adjournments will be granted. Ordered by Judge Kiyo A. Matsumoto on 5/31/2024. (MJF) (Entered: 05/31/2024) |
| 06/27/2024 | | ORDER. Due to a conflict in the Court's calendar, the July 9, 2024, pre–trial conference date and July 15, 2024, trial date are adjourned indefinitely. Ordered by Judge Kiyo A. Matsumoto on 6/27/2024. (MJF) (Entered: 06/27/2024) |
| 06/28/2024 | | ORDER. The parties are reminded that they should be prepared to proceed to trial on 72 hours' notice. Ordered by Judge Kiyo A. Matsumoto on 6/28/2024. (MJF) (Entered: 06/28/2024) |
| 07/19/2024 | | SCHEDULING ORDER. The parties shall appear in person for a final pre–trial conference on **October 18, 2024, at 9:00 a.m. in Courtroom 6B South**. The parties shall appear for jury selection and trial on **October 21, 2024, at 9:00 a.m. in Courtroom 6B South**.<br><br>The parties shall appear for an in–person status conference with their respective clients on **August 6, 2024, at 10:00 a.m.** Any party requiring an interpreter shall bring a certified court interpreter to the conference at its own expense. Ordered by Judge Kiyo A. Matsumoto on 7/19/2024. (MJF) (Entered: 07/19/2024) |
| 08/06/2024 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto:Status Conference held on 8/6/2024. Appearances: Tiffany Troy for Plaintiff. Diane Lee for Defendants. Shin Kim as Korean interpreter for Defendants. Tiffany Troy as Mandarin interpreter for Plaintiff.<br><br>The Court held a status conference regarding the parties' settlement progress. The parties attempted to settle but failed to do so. Accordingly, the pre–trial conference and trial shall proceed as scheduled. (Court Reporter Victoria Butler.) (MJF) (Entered: 08/06/2024) |
| 08/06/2024 | | ORDER TO SHOW CAUSE. Plaintiff's attorneys are ordered to show cause in writing by **August 8, 2024**, why they should not be sanctioned for (1) arriving to the August 6, 2024, status conference forty minutes late and (2) failing to bring a separate Mandarin interpreter to the status conference and instead relying on counsel herself to serve as Plaintiff's interpreter, which hampered Plaintiff's ability to understand the proceedings. Ordered by Judge Kiyo A. Matsumoto on 8/6/2024. (MJF) (Entered: 08/06/2024) |
| 08/08/2024 | 94 | RESPONSE TO ORDER TO SHOW CAUSE by Dequan Li (Attachments: # 1 Exhibit 01 Proof of Train Delay, # 2 Exhibit 02 MTA Confirmation of Train Delay /gd) (Troy, Tiffany) (Entered: 08/08/2024) |
| 08/09/2024 | | ORDER. Defendants are respectfully requested to respond to Plaintiff's counsel's 94 letter in response to the Court's August 6, 2024, order to show cause by **August 13, 2024**.<br><br>The Court urges the parties to continue good–faith settlement negotiations. Ordered by Judge Kiyo A. Matsumoto on 8/9/2024. (MJF) (Entered: 08/09/2024) |
| 08/13/2024 | 95 | Letter *Defendants' Response to Plaintiff's Ltr dated August 8, 2024* by NY Capri Nails & Spa Inc (Lee, Diane) (Entered: 08/13/2024) |
| 08/19/2024 | | ORDER. After reviewing the parties' submissions, the Court declines to sanction Plaintiff's counsel. Plaintiff's counsel has agreed to compensate defense counsel for legal expenses incurred as a result of arriving late to the previous status conference, and defense counsel has not argued that this compensation was inadequate.<br><br>Plaintiff's counsel is advised that future late arrivals may result in sanctions regardless of whether defense counsel is compensated for lost time. Plaintiff's counsel is further advised that failing to bring a separate Mandarin interpreter to trial or to any pre–trial proceeding where Plaintiff is present may result in sanctions. |

| | | |
|---|---|---|
| | | The Court urges the parties to continue good–faith settlement negotiations. Ordered by Judge Kiyo A. Matsumoto on 8/19/2024. (MJF) (Entered: 08/19/2024) |
| 09/30/2024 | 96 | MOTION to Adjourn Conference *the Trial Date /gd* by Dequan Li. (Troy, John) (Entered: 09/30/2024) |
| 10/01/2024 | | ORDER denying 96 motion to adjourn pre–trial conference and trial date. The trial date has been set for months, and Plaintiff's submission does not provide good cause to adjourn it. Ordered by Judge Kiyo A. Matsumoto on 10/1/2024. (MJF) (Entered: 10/01/2024) |
| 10/01/2024 | | ORDER TO SHOW CAUSE: Plaintiff is ordered to show cause via ECF by **October 8, 2024**, why the New York Labor Law wage notice and wage statement claims asserted in the Amended Complaint (Counts VI and VII) should not be dismissed for lack of standing, in light of the Second Circuit's ruling in *Guthrie v. Rainbow Fencing Inc.*, 113 F.4th 300, 311 (2d Cir. 2024) (holding that "[w]ithout plausible allegations that [plaintiff] suffered a concrete injury because of [defendant]'s failure to provide the required notices and statements, [plaintiff] lacks standing to sue for that statutory violation"). Ordered by Judge Kiyo A. Matsumoto on 10/1/2024. (DR) (Entered: 10/01/2024) |
| 10/08/2024 | 97 | RESPONSE TO ORDER TO SHOW CAUSE by Dequan Li (Attachments: # 1 Exhibit affidavit of Li, Dequan, # 2 Exhibit wage notices) (Troy, John) (Entered: 10/08/2024) |
| 10/10/2024 | | ORDER TO SHOW CAUSE: Plaintiff is ordered to show cause via ECF by **12:00 p.m.** on **October 15, 2024**, why his claims under the New York City Human Rights Law ("NYCHRL") should not be dismissed where Plaintiff's place of employment was located outside New York City. "[W]here the alleged discriminatory act takes place outside of New York City, the relevant location of the injury for purposes of the impact analysis [under the NYCHRL] is not the Plaintiff's residence, but the Plaintiff's place of employment." *Robles v. Cox & Co.*, 841 F. Supp. 2d 615, 624 (E.D.N.Y. 2012) ("Plaintiff contends that because she is currently a New York City resident, and was a New York City resident throughout her 40 years of employment with the Defendant, the impact of the discrimination was felt within New York City. To the contrary, a plaintiff's residence 'is irrelevant to the impact analysis, which "confines the protections of the NYCHRL to those who are meant to be protected[,] those who *work* in the city."'" (emphasis in original)); *Rinaldi v. Nice, Ltd.*, No. 19–CV–424 (LGS), 2021 WL 827767, at *8 (S.D.N.Y. Mar. 4, 2021) (noting that "New York courts have interpreted the NYCHRL as limiting the applicability of its protections to preventing discrimination within the City" and collecting cases), *aff'd sub nom. Rinaldi v. Mills*, No. 21–2630, 2022 WL 17480081 (2d Cir. Dec. 7, 2022). Ordered by Judge Kiyo A. Matsumoto on 10/10/2024. (DR) (Entered: 10/10/2024) |
| 10/11/2024 | | ORDER: For the reasons below, the parties are ordered to confer and decide whether they wish to file amended proposed jury instructions by **October 16, 2024**. Should the parties propose amended instructions, the parties are also ordered to file an amended proposed verdict sheet.<br><br>Specifically, the parties are directed to consider:<br><br>(1) The parties' proposed joint pre–trial order, ECF No. 77 , indicates that Plaintiff intends to try a claim of discrimination under 42 U.S.C. § 1981. The parties' proposed jury instructions do not reflect that discrimination claims under § 1981 require a "but–for" causation standard. *See Radwan v. Manuel*, 55 F.4th 101, 131 (2d Cir. 2022) (noting that the Supreme Court has held that "discrimination claims under 42 U.S.C. § 1981...require[] proof of 'but–for' causation" (citing *Comcast Corp. v. Nat'l Ass'n. of Afr. Am.–Owned Media*, 589 U.S. 327, 342 (2020) (holding that, to prevail under Section 1981, "a plaintiff must initially plead and ultimately prove that, but for race, it would not have suffered the loss of a legally protected right")). The parties' proposed jury instructions also do not reflect that "Section 1981 prohibits discrimination on the basis of race but not on the basis of national origin." *Vill. of Freeport v. Barrella*, 814 F.3d 594, 606 (2d Cir. 2016); *Amaya v. Ballyshear LLC*, 295 F. Supp. 3d 204, 223 (E.D.N.Y. 2018) ("The Court will not address any allegations of...national origin discrimination under § 1981 as the provision only pertains to racial discrimination.") To the extent that Plaintiff asserts national origin discrimination, § 1981 is inapplicable, accordingly, the parties are ordered to confer and jointly propose |

| | | |
|---|---|---|
| | | amended jury instructions that reflect the "but for" causation standard and basis of discrimination under § 1981, should Plaintiff wish to try the claim.<br><br>(2) Effective October 2019, the New York State Human Rights Law ("NYSHRL") was amended, without retroactive effect, impacting the analysis of claims of discrimination and hostile work environment under the statute. *See, e.g.*, *Cooper v. Franklin Templeton Invs.*, No. 22–2763–CV, 2023 WL 3882977, at *3 (2d Cir. June 8, 2023) (noting that "the NYSHRL was amended in 2019 to 'be construed liberally for the accomplishment of the remedial purposes thereof, regardless of whether federal civil rights laws, including those laws with provisions worded comparably to the provisions of this article, have been so construed'" and citing N.Y. Exec. Law § 300); *Mondelo v. Quinn, Emanuel, Urquhart & Sullivan, LLP*, No. 21–CV–02512 (CM), 2022 WL 524551 (S.D.N.Y. Feb. 22, 2022) (explaining impact of amendments as to hostile work environment claims). The parties are directed to confer and propose amended jury instructions if they will present evidence that relevant and sufficient conduct underlying the discrimination and hostile work environment claims occurred after October 2019. The parties are reminded that conduct prior to the effective amendment date is still subject to pre–amendment standards. *See Mondelo*, No. 21–CV–02512 (CM), 2022 WL 524551, at *9 (noting that the pre–amendment standard "applies to claims arising from conduct predating the effective date of the amendments"). If the parties believe that the relevant conduct underlying the discrimination and hostile work environment claims occurred wholly before, or wholly after, October 2019, they should stipulate to that fact and file proposed modifications to the jury instructions as needed. Ordered by Judge Kiyo A. Matsumoto on 10/11/2024. (DR) (Entered: 10/11/2024) |
| 10/15/2024 | 98 | STIPULATION of Dismissal *New York City Human Rights Law ONLY /mh* by Dequan Li (Troy, John) (Entered: 10/15/2024) |
| 10/16/2024 | | ORDER: The parties are scheduled to appear in person for a final pre–trial conference on **October 18, 2024**, at **9:00 a.m.** in Courtroom 6B South. The parties are strongly encouraged to attend the pre–trial conference with their respective clients and with court certified interpreters, and to revisit their settlement positions in good faith. Ordered by Judge Kiyo A. Matsumoto on 10/16/2024. (DR) (Entered: 10/16/2024) |
| 10/16/2024 | 99 | Proposed Jury Instructions/Verdict Form by Dequan Li (Attachments: # 1 Exhibit redlined changes from last proposed jury instructions) (Schweitzer, Aaron) (Entered: 10/16/2024) |
| 10/18/2024 | 100 | STIPULATION OF SETTLEMENT IN PRINCIPLE. (SWJ) (Entered: 10/18/2024) |
| 10/18/2024 | | Minute Entry and Order for proceedings held before Judge Kiyo A. Matsumoto: Final Pre Trial Conference held on 10/18/2024. Appearances: Aaron Schweitzer, Esq. for Plaintiff; Diane Hwakyung Lee, Esq. for Defendants. Plaintiff Dequan Li and Defendants Sungjun An and Heekyoung An were present.<br><br>The Court initially scheduled a pre–trial conference in anticipation of jury selection and trial on October 21, 2024. After discussions between the parties, the parties reached a settlement in principle, which was memorialized in a stipulation of settlement in principle signed by counsel and their respective clients.<br><br>Accordingly, the parties are ordered to file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by **November 12, 2024**, which should include, as discussed on the record and in the parties' stipulation, the contingency agreement, contemporaneous time records, and receipts for costs.<br><br>The Court shall retain jurisdiction to enforce the terms of the settlement. (Court Reporter Linda Danelczyk.) (DR) (Entered: 10/18/2024) |
| 10/18/2024 | | ORDER: In light of settlement, the jury selection and trial scheduled for October 21, 2024, is hereby adjourned. Ordered by Judge Kiyo A. Matsumoto on 10/18/2024. (DR) (Entered: 10/18/2024) |
| 11/12/2024 | 101 | Joint MOTION for Extension of Time to File *Joint Fairness Letter Motion through December 10, 2024 /mh* by Dequan Li. (Troy, John) (Entered: 11/12/2024) |

| | | |
|---|---|---|
| 11/12/2024 | | ORDER granting 101 Motion for Extension of Time to File. The parties shall file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by **December 10, 2024**. Ordered by Judge Kiyo A. Matsumoto on 11/12/2024. (DR) (Entered: 11/12/2024) |
| 12/10/2024 | 102 | Joint MOTION for Settlement *Approval* by Dequan Li. (Schweitzer, Aaron) (Entered: 12/10/2024) |
| 12/10/2024 | 103 | AFFIDAVIT/DECLARATION in Support re 102 Joint MOTION for Settlement *Approval* filed by Dequan Li. (Attachments: # 1 Exhibit Settlement Agreement, # 2 Exhibit Li Legal Services Agreement, # 3 Exhibit Invoice, # 4 Exhibit Receipts) (Schweitzer, Aaron) (Entered: 12/10/2024) |
| 12/10/2024 | 104 | MEMORANDUM in Support re 102 Joint MOTION for Settlement *Approval* filed by Dequan Li. (Schweitzer, Aaron) (Entered: 12/10/2024) |
| 03/26/2025 | 105 | AFFIDAVIT/DECLARATION in Support re 102 Joint MOTION for Settlement *Approval* filed by Dequan Li. (Attachments: # 1 Exhibit 01 Settlement Agreement, # 2 Exhibit 02 Un−Redacted Li Legal Services Agreement, # 3 Exhibit 03 Invoice, # 4 Exhibit 04 Receipts) (Schweitzer, Aaron) (Entered: 03/26/2025) |
| 08/22/2025 | 106 | ORDER: For the reasons explained in the attached Order, the parties' joint motion for court approval of the proposed settlement in this case, (ECF No. 102 ), is respectfully DENIED WITHOUT PREJUDICE because the proposed attorney's fees are unreasonable. The parties shall file a joint status report by September 5, 2025. Ordered by Judge Kiyo A. Matsumoto on 8/22/2025. (NA) (Entered: 08/22/2025) |
| 09/04/2025 | 107 | NOTICE OF APPEAL as to 106 Order on Motion for Settlement, by Dequan Li. Filing fee $ 605, receipt number ANYEDC−19410226. (Troy, John) (Entered: 09/04/2025) |
| 09/04/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 107 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 09/04/2025) |